IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | INDICTMENT<br>3:11-CR-555 |
| WAYNE D. HAMILTON, | [TJM] |
| Defendant. | [County of Offense: Broome] |

THE GRAND JURY CHARGES THAT:

## COUNT 1
## [RECEIVING MATERIAL INVOLVING SEXUAL EXPLOITATION OF MINORS]

Between about November of 2008 and November of 2011, in the Northern District of New York, defendant **WAYNE D. HAMILTON** knowingly received a visual depiction, using a means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct and the visual depiction was of such conduct, in that, the defendant received by use of a computer and via the internet images depicting minors engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 2
## [ACCESSING WITH INTENT TO VIEW AND POSSESSION OF CHILD PORNOGRAPHY]

Between about November of 2008 and November of 2011, in the Northern District of New York, defendant **WAYNE D. HAMILTON** knowingly possessed and accessed with

1

intent to view material that contained images of child pornography that had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means, including by computer, and that was produced using materials which had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in that, defendant knowingly accessed and viewed images of child pornography on the internet using a computer, and defendant knowingly possessed computers, hard drives, and other digital storage media containing images of child pornography.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL

Dated: November 30, 2011
Binghamton, New York

FOREPERSON OF THE GRAND JURY

RICHARD S. HARTUNIAN
UNITED STATES ATTORNEY

By:Miroslav Lovric
Assistant U.S. Attorney